

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00154-CV

**IN THE INTEREST OF A.K.B.**, C.J.B., and M.L.A.B., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04539
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Appellant's motion to strike appellees' sur-reply is DENIED.

It is ORDERED that Appellees recover their costs on appeal from Appellant.

SIGNED June 20, 2024.

_____
Liza A. Rodriguez, Justice